## GALLOWAY v. STATE.
### No. 25972.

Court of Criminal Appeals of Texas.
Oct. 29, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

This is a conviction for felony theft, with punishment assessed at five years in the penitentiary.

The record is without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.

## KETCHIE v. STATE.
### No. 25973.

Court of Criminal Appeals of Texas.
Oct. 22, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is theft; the punishment, two years' confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception.

All the proceedings appear regular; and nothing being presented for our review, the judgment is affirmed.